UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL WILLIAM LOGAN,

    Petitioner,

  v.

WILLIAM KNIPP,

    Respondent.

No. 2:13-cv-1613-EFB P

ORDER

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

Petitioner challenges a conviction in the Kings County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2        United States District Court
3        Eastern District of California
         2500 Tulare Street
4        Fresno, CA 93721

5    Dated: August 7, 2013.

6    _____
7    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28